J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Andy Lewis, an individual and d/b/a
as Amazon.com Seller Andy's Media Barn
*andrewlew11@gmail.com*
9711 Kennet Square, #B
Bolivar, Ohio 44612
Telephone: (330) 313-1705

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br> Plaintiff, <br> v. <br> Andy Lewis, an individual and d/b/a as Amazon.com Seller Andy's Media Barn and Does 1-10, inclusive, <br> Defendants. | Case No. CV12-7750 JAK (Ex) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION <br><br> JS-6 |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Andy Lewis, an individual and d/b/a as Amazon.com Seller Andy's Media Barn ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)     This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)     Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)     Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)     Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a)     Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: February 8, 2013

_____
Hon. John A. Kronstadt
United States District Judge

**EXHIBIT A**

**COPYRIGHT REGISTRATIONS**

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| PA 943-492 | Sopranos, The: Pilot | Home Box Office, Inc. |
| PA 943-491 | Sopranos, The: 46 Long | Home Box Office, Inc. |
| PA 943-495 | Sopranos, The: Denial, Anger, Acceptance | Home Box Office, Inc. |
| PA 943-494 | Sopranos, The: Meadowlands | Home Box Office, Inc. |
| PA 943-496 | Sopranos, The: College | Home Box Office, Inc. |
| PA 943-493 | Sopranos, The: Pax Soprana | Home Box Office, Inc. |
| PA 943-490 | Sopranos, The: Down Neck | Home Box Office, Inc. |
| PA 943-534 | Sopranos, The: A Hit Is A Hit | Home Box Office, Inc. |
| PA 943-533 | Sopranos, The: Legend Of Tennessee Moltisanti | Home Box Office, Inc. |
| PA 943-532 | Sopranos, The: Boca | Home Box Office, Inc. |
| PA 943-537 | Sopranos, The: Isabella | Home Box Office, Inc. |
| PA 943-536 | Sopranos, The: Nobody Knows Anything | Home Box Office, Inc. |
| PA 943-535 | Sopranos, The: I Dream Of Jeanie Cusamano | Home Box Office, Inc. |
| PA 998-991 | Sopranos, The: Guy Walks Into A Psychiatrist's Office | Home Box Office, Inc. |
| PA 998-992 | Sopranos, The: Do Not Resucitate | Home Box Office, Inc. |
| PA 998-993 | Sopranos, The: Toodle-F***ing-oo | Home Box Office, Inc. |
| PA 998-994 | Sopranos, The: Commendatori | Home Box Office, Inc. |
| PA 998-995 | Sopranos, The: Big Girls Don't Cry | Home Box Office, Inc. |
| PA 998-996 | Sopranos, The: The Happy Wanderer | Home Box Office, Inc. |
| PA 998-997 | Sopranos, The: D-Girl | Home Box Office, Inc. |
| PA 998-998 | Sopranos, The: Full Leather Jacket | Home Box Office, Inc. |
| PA 998-999 | Sopranos, The: From Where To Eternity | Home Box Office, Inc. |
| PA 999-000 | Sopranos, The: Bust Out | Home Box Office, Inc. |
| PA 999-001 | Sopranos, The: House Arrest | Home Box Office, Inc. |
| PA 999-002 | Sopranos, The: The Knight In White Satin Armor | Home Box Office, Inc. |
| PA 999-003 | Sopranos, The: Funhouse | Home Box Office, Inc. |
| PA 1-021-743 | Sopranos, The: Mr. Ruggerio's Neighborhood | Home Box Office, Inc. |
| PA 1-021-743 | Sopranos, The: Proshai. Livushka | Home Box Office, Inc. |
| PA 1-021-745 | Sopranos, The: Fortunate Son | Home Box Office, Inc. |
| PA 1-021-744 | Sopranos, The: Employee Of The | Home Box Office, Inc. |

|  | Month |  |
|---|---|---|
| PA 1-021-954 | Sopranos, The: Another Toothpick | Home Box Office, Inc. |
| PA 1-021-955 | Sopranos, The: University | Home Box Office, Inc. |
| PA 1-021-883 | Sopranos, The: Second Opinion | Home Box Office, Inc. |
| PA 1-022-080 | Sopranos, The: He Is Risen | Home Box Office, Inc. |
| PA 1-022-078 | Sopranos, The: The Telltale Moozadell | Home Box Office, Inc. |
| PA 1-022-075 | Sopranos, The: To Save Us All From Satan's Power | Home Box Office, Inc. |
| PA 1-022-076 | Sopranos, The: Pine Barrens | Home Box Office, Inc. |
| PA 1-022-077 | Sopranos, The: Amour Fou | Home Box Office, Inc. |
| PA 1-022-079 | Sopranos, The: The Army Of One | Home Box Office, Inc. |
| PA 1-112-865 | Sopranos, The: For All Debts Public And Private | Home Box Office, Inc. |
| PA 1-097-104 | Sopranos, The: No Show | Home Box Office, Inc. |
| PA 1-097-105 | Sopranos, The: Christopher | Home Box Office, Inc. |
| PA 1-112-845 | Sopranos, The: The Weight | Home Box Office, Inc. |
| PA 1-097-106 | Sopranos, The: Pie-O-My | Home Box Office, Inc. |
| PA 1-097-107 | Sopranos, The: Everybody Hurts | Home Box Office, Inc. |
| PA 1-097-108 | Sopranos, The: Watching Too Much Television | Home Box Office, Inc. |
| PA 1-110-842 | Sopranos, The: Mergers And Acquisitions | Home Box Office, Inc. |
| PA 1-110-841 | Sopranos, The: Whoever Did This | Home Box Office, Inc. |
| PA 1-110-980 | Sopranos, The: The Strong, Silent Type | Home Box Office, Inc. |
| PA 1-110-981 | Sopranos, The: Calling All Cars | Home Box Office, Inc. |
| PA 1-110-982 | Sopranos, The: Eloise | Home Box Office, Inc. |
| PA 1-144-526 | Sopranos, The: Whitecaps | Home Box Office, Inc. |
| PA 1-226-022 | Sopranos, The: Two Tonys | Home Box Office, Inc. |
| PA 1-226-024 | Sopranos, The: Rat Pack | Home Box Office, Inc. |
| PA 1-226-023 | Sopranos, The: Where's Johnny | Home Box Office, Inc. |
| PA 1-226-025 | Sopranos, The: All Happy Families… | Home Box Office, Inc. |
| PA 1-232-994 | Sopranos, The: Irregular Around The Margins | Home Box Office, Inc. |
| PA 1-232-789 | Sopranos, The: Sentimental Education | Home Box Office, Inc. |
| PA 1-232-996 | Sopranos, The: In Camelot | Home Box Office, Inc. |
| PA 1-232-995 | Sopranos, The: Marco Polo | Home Box Office, Inc. |
| PA 1-233-180 | Sopranos, The: Unidentified Black Males | Home Box Office, Inc. |
| PA 1-242-861 | Sopranos, The: Cold Cuts | Home Box Office, Inc. |
| PA 1-242-857 | Sopranos, The: The Test Dream | Home Box Office, Inc. |
| PA 1-242-860 | Sopranos, The: Long Term Parking | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-233-048 | Sopranos, The: All Due Respect | Home Box Office, Inc. |
| PA 1-324-969 | Sopranos, The: Members Only | Home Box Office, Inc. |
| PA 1-324-970 | Sopranos, The: Join The Club | Home Box Office, Inc. |
| PA 1-324-971 | Sopranos, The: Mayham | Home Box Office, Inc. |
| PA 1-324-972 | Sopranos, The: The Fleshy Part Of The Thigh | Home Box Office, Inc. |
| PA 1-324-973 | Sopranos, The: Mr and Mrs. John Sacrimoni Request… | Home Box Office, Inc. |
| PA 1-324-974 | Sopranos, The: Live Free Or Die | Home Box Office, Inc. |
| PA 1-324-975 | Sopranos, The: Luxury Lounge | Home Box Office, Inc. |
| PA 1-326-293 | Sopranos, The: Johnny Cakes | Home Box Office, Inc. |
| PA 1-326-426 | Sopranos, The: The Ride | Home Box Office, Inc. |
| PA 1-318-644 | Sopranos, The: Moe N' Joe | Home Box Office, Inc. |
| PA 1-318-645 | Sopranos, The: Cold Stones | Home Box Office, Inc. |
| PA 1-324-820 | Sopranos, The: Kaisha | Home Box Office, Inc. |
| PA 1-374-957 | Sopranos, The: Soprano Home Movies | Home Box Office, Inc. |
| PA 1-374-958 | Sopranos, The: Stage 5 | Home Box Office, Inc. |
| PA 1-374-959 | Sopranos, The: Remember When | Home Box Office, Inc. |
| PA 1-374-960 | Sopranos, The: Chasing It | Home Box Office, Inc. |
| PA 1-374-961 | Sopranos, The: Walk Like A Man | Home Box Office, Inc. |
| PA 1-371-912 | Sopranos, The: Kennedy And Heidi | Home Box Office, Inc. |
| PA 1-371-913 | Sopranos, The: The Second Coming | Home Box Office, Inc. |
| PA1-390-894 | Sopranos, The: Blue Comet | Home Box Office, Inc. |
| PA 1-390-892 | Sopranos, The: Made In America | Home Box Office, Inc. |
| PA 1-688-635 | True Blood: Bad Blood | Home Box Office, Inc. |
| PA 1-693-287 | True Blood: Beautifully Broken | Home Box Office, Inc. |
| PA 1-697-033 | True Blood: It Hurts Me Too | Home Box Office, Inc. |
| PA 1-697-287 | True Blood: 9 Crimes | Home Box Office, Inc. |
| PA 1-704-298 | True Blood: Trouble | Home Box Office, Inc. |
| PA 1-699-189 | True Blood: I Got a Right to Sing the Blues | Home Box Office, Inc. |
| PA 1-699-150 | True Blood: Hitting the Ground | Home Box Office, Inc. |
| PA 1-716-112 | True Blood: Night on the Sun | Home Box Office, Inc. |
| PA 1-716-111 | True Blood: Everything is Broken | Home Box Office, Inc. |
| PA 1-716-116 | True Blood: I Smell a Rat | Home Box Office, Inc. |
| PA 1-716-110 | True Blood: Fresh Blood | Home Box Office, Inc. |
| PA 1-716-114 | True Blood: Evil is Going On | Home Box Office, Inc. |